# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**VERNON MALANEZ**                                                          **CIVIL ACTION**

**VERSUS**                                                                  **No. 03-3124**

**RICHARD STALDER, ET AL.**                                                 **SECTION "K"(3)**

## ORDER

Before the Court is defendants' Motion for Partial Summary Judgment (Rec. Doc. No. 74) filed May 17, 2006. No memorandum in opposition has been timely submitted, and further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that defendants' Motion for Partial Summary Judgment (Rec. Doc. No. 74) is hereby **GRANTED** as to defendants Michael Todd, Glen Samuels, Kathy McGinnis, Bessie Carter, and Bruce Stewart.

**IT IS FURTHER ORDERED** that plaintiff's complaints against defendants Michael Todd, Glen Samuels, Kathy McGinnis, Bessie Carter and Bruce Stewart are hereby **DISMISSED** with prejudice.

New Orleans, Louisiana, this __1st__ day of June, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE